

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

Edwin Antonio Osorio-Lopez, Appellant

No. 06-18-00198-CR        v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 17927). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's competency determination and remand for a new retrospective competency trial. The trial court is instructed to appoint counsel—who will not be a potential witness at that trial—to represent Osorio-Lopez at the retrospective competency trial.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED APRIL 28, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk